# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-7015                                                                 September Term, 2014

1:10-cv-00487-RLW

**Filed On:** February 27, 2015

Selena Y. Hancock,

    Appellant

    v.

Washington Hospital Center,

    Appellee

## O R D E R

Upon consideration of appellant's motion for plaintiff and defendants exhibits, it is

**ORDERED** that the motion be dismissed as moot. Exhibits introduced at trial are returned to counsel. Because trial exhibits are not retained by the district court, neither this court nor the district court has copies of them.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                           BY:    /s/
                                       Lynda M. Flippin
                                       Deputy Clerk